# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| TERRY L. RHODES<br>Plaintiff | CIVIL ACTION |
|---|---|
| vs. | |
| OXFORD MANAGEMENT SERVICES<br>Defendant | NO. 08-cv-123 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, TERRY L. RHODES, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY: /s/ *Carol L. Vassallo*
            Carol L. Vassallo, Esquire
            Attorney for Plaintiff
            Attorney I.D. #45372
            Warren & Vullings, LLP
            1603 Rhawn Street
            Philadelphia, PA 19111
            215-745-9800